BEFORE THE FIRST DIVISION, JANUARY 31, 1958

**No. 61514.**—Meadows Wye & Co., Inc., et al. *v.* United States, protests 297313–K, etc. (New York).

Opinion by MOLLISON, J. The protests were dismissed.

**No. 61515.**—The Danwill Company *v.* United States, protest 304861–K (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, JANUARY 31, 1958

**No. 61516.**—Charles Garcia & Co., Inc., et al. *v.* United States, protests 289112–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.